### 10812.   DALTON *v.* THE STATE.

LUKE, J.   The defendant was charged with possessing intoxicating liquors in violation of law.   The evidence authorized his conviction; and this being true (there being no error of law complained of), this court is powerless to set the conviction aside.

*Judgment affirmed.   Broyles, C. J., and Bloodworth, J., concur.*

DECIDED NOVEMBER 4, 1919.

Accusation of misdemeanor; from city court of Macon.—Judge Guerry.   July 1, 1919.

*Olin J. Wimberly, Thomas A. Jacobs, C. A. Cunningham,* for plaintiff in error.

*Will Gunn, solicitor,* contra.